McNALLY & ASSOCIATES, L.L.C.
93 Main Street
Newton, New Jersey 07860
(973) 300-4260
Attorneys for Nicole L. Lyew-Wooten

**Order Filed on February 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 13 Case No. |
| | | 18-33380 (VFP) |
| NICOLE L. LYEW-WOOTEN, | : | |
| Debtor. | : | |

----------------------------------------------------------------x

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages numbering two (2) is hereby ORDERED.

**DATED: February 27, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

WHEREAS, this matter having been opened to the Court by Nicole L. Lyew-Wooten, the above-captioned debtor (the "Debtor"), by her counsel McNally & Asociates, L.L.C. upon the Debtor's motion seeking limited relief from the automatic stay under 11 U.S.C. §362(d)(1).

WHEREAS the Debtor filed her petition for relief under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code") on November 28, 2018 (the "Filing Date"); and

NOW, THEREFORE, for good cause shown for the relief granted herein; IT IS

ORDERED that under 11 U.S.C. §362(d)(1), Debtor be, and hereby is, granted relief from the automatic stay to prosecute the appeal currently pending in the Superior Court of New Jersey, Appellate Division, under Docket No. A-1892-17, which is an appeal of the March 28, 2018 Final Judgment entered by the Honorable David J. Weaver, J.S.C., New Jersey Superior Court, Law Division, Sussex County in the action entitled <u>Comet Management Company, LLC v. Nicole Wooten, Kathleen J. Trumble and Allure Properties Group, LLC</u>, Docket Number SSX-L-740-14; and it is further

ORDERED that under 11 U.S.C. §362(d)(1), appellee Comet Management Company, LLC is also granted relief from the automatic stay for the limited purpose of asserting all rights in defense of its interests in connection with said appeal.