McNALLY & ASSOCIATES, L.L.C.
93 Main Street
Newton, New Jersey 07860
(973) 300-4260
Attorneys for Nicole L. Lyew-Wooten

Order Filed on February 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 13 Case No. |
| | | 18-33380 (VFP) |
| NICOLE L. LYEW-WOOTEN, | : | |
| Debtor. | : | |

-----------------------------------------------------------------x

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages numbering two (2) is hereby ORDERED.

**DATED: February 27, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

WHEREAS, this matter having been opened to the Court by Nicole L. Lyew-Wooten, the above-captioned debtor (the "Debtor"), by her counsel McNally & Asociates, L.L.C. upon the Debtor's motion seeking limited relief from the automatic stay under 11 U.S.C. §362(d)(1).

WHEREAS the Debtor filed her petition for relief under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code") on November 28, 2018 (the "Filing Date"); and

NOW, THEREFORE, for good cause shown for the relief granted herein; IT IS

ORDERED that under 11 U.S.C. §362(d)(1), Debtor be, and hereby is, granted relief from the automatic stay to prosecute the appeal currently pending in the Superior Court of New Jersey, Appellate Division, under Docket No. A-1892-17, which is an appeal of the March 28, 2018 Final Judgment entered by the Honorable David J. Weaver, J.S.C., New Jersey Superior Court, Law Division, Sussex County in the action entitled <u>Comet Management Company, LLC v. Nicole Wooten, Kathleen J. Trumble and Allure Properties Group, LLC</u>, Docket Number SSX-L-740-14; and it is further

ORDERED that under 11 U.S.C. §362(d)(1), appellee Comet Management Company, LLC is also granted relief from the automatic stay for the limited purpose of asserting all rights in defense of its interests in connection with said appeal.

United States Bankruptcy Court
District of New Jersey

In re:
Nicole L Lyew-Wooten
    Debtor

Case No. 18-33380-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 28, 2019
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2019.
db          +Nicole L Lyew-Wooten,    6 Hillsdale Terrace,    Sussex, NJ 07461-4000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2019 at the address(es) listed below:
       Benjamin C Curcio    on behalf of Creditor    Comet Management Company, LLC
        benjamin.curcio@curciolawgroup.com
       Denise E. Carlon    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
        Servicing dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
       Marie-Ann Greenberg    magecf@magtrustee.com
       Rebecca Ann Solarz    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
        Servicing rsolarz@kmllawgroup.com
       Stephen B. McNally    on behalf of Debtor Nicole L Lyew-Wooten steve@mcnallylawllc.com,
        jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                              TOTAL: 6