| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing | **Order Filed on March 11, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Nicole L. Lyew-Wooten,<br><br>Debtor. | Case No.: 18-33380 VFP<br>Adv. No.:<br>Hearing Date: 2/7/19 @ 8:30 a.m.<br>Judge: Vincent F. Papalia |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: March 11, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtors:     Nicole L. Lyew-Wooten
Case No.:    18-33380 VFP
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, holder of a mortgage on real property located at 6 Hillsdale Terrace, Sussex, NJ 07461, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Stephen B. McNally, Esquire, attorney for Debtor, Nicole L. Lyew-Wooten, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 9) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve her right to object to Secured Creditor's proof of claim and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Nicole L Lyew-Wooten  
    Debtor

Case No. 18-33380-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 12, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2019.  
db        +Nicole L Lyew-Wooten,   6 Hillsdale Terrace,    Sussex, NJ 07461-4000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2019 at the address(es) listed below:  
         Benjamin C Curcio    on behalf of Plaintiff    Comet Management Company, LLC  
          benjamin.curcio@curciolawgroup.com  
         Benjamin C Curcio    on behalf of Creditor    Comet Management Company, LLC  
          benjamin.curcio@curciolawgroup.com  
         Denise E. Carlon    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing rsolarz@kmllawgroup.com  
         Stephen B. McNally    on behalf of Debtor Nicole L Lyew-Wooten steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                               TOTAL: 7