**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
Pincus Law Group, PLLC
nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
2929 Arch Street
Suite 1700
Philadelphia, PA 19104
(484) 575-2201
ATTORNEYS FOR NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

Order Filed on November 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NICOLE L LYEW-WOOTEN AND KIRK WOOTEN
DEBTOR AND NON-FILING
CO-DEBTOR

| | |
|---|---|
| Case No.: | 18-33380 |
| Judge: | VFP |
| Hearing Date(s): | 11/19/2020 |
| Chapter: | 13 |

| Recommended Local Form | ☒ Followed | ☐ Modified |
|---|---|---|

**ORDER RESOLVING MOTION TO VACATE STAY**
**AND/OR MOTION TO DISMISS**
**WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: November 20, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

| | |
|---|---|
| Applicant: | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| Applicant's Counsel: | Nicole LaBletta |
| Debtor's Counsel: | Stephen B. McNally |
| Property Involved ("Collateral"): | 6 Hillsdale Terrace, Sussex, NJ 07461 |

Relief sought:   ☒   Motion for relief from the automatic stay

☐   Motion to dismiss

☐   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:  N/A. Debtor is current

   ☐   The Debtor is overdue for _____ months, from _____ to _____.

   ☐   The Debtor is overdue for _____ payments at $_____ per month.

   ☐   The Debtor is assessed for _____ late charges at $_____ per month.

   ☐   Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

   Total Arrearages Due  $_____.

2. Debtor must cure all post-petition arrearages, as follows:  N/A. Debtor is current

   ☐   Immediate payment shall be made in the amount of $_____. Payment shall be made no later than _____.

   ☐   Beginning on _____, regular monthly mortgage payments shall continue to be made in the amount of $_____.

   ☐   Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

☐    The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $ _____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐    Immediate payment: _____

☒    Regular monthly payment:    NewRez LLC d/b/a Shellpoint Mortgage Servicing

P.O. Box 10826

Greenville, SC 29603

☐    Monthly cure payment: _____

4. In the event of Default:

☒    If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒    If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys fees of $\underline{\ \ 500.00\ \ }$, and costs of $\underline{\ \ 181.00\ \ }$.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

*rev.8/1/15*

4

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-33380-VFP |
| Nicole L Lyew-Wooten | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　User: admin　　　　　　　　　　Page 1 of 2
Date Rcvd: Nov 20, 2020　　　　　　　　Form ID: pdf903　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

**Recip ID　　Recipient Name and Address**
db　　　　+ Nicole L Lyew-Wooten, 6 Hillsdale Terrace, Sussex, NJ 07461-4000

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020　　　　　　　Signature:　　　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:

**Name　　Email Address**

Denise E. Carlon
　　on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas T Tabachnik
　　on behalf of Creditor Comet Management Company LLC dtabachnik@dttlaw.com, rdalba@dttlaw.com

Douglas T Tabachnik
　　on behalf of Plaintiff Comet Management Company LLC dtabachnik@dttlaw.com, rdalba@dttlaw.com

Marie-Ann Greenberg
　　magecf@magtrustee.com

Rebecca Ann Solarz
　　on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing rsolarz@kmllawgroup.com

Sherri Jennifer Smith

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Nov 20, 2020     Form ID: pdf903     Total Noticed: 1

    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ssmith@pincuslaw.com  nj.bkecf@fedphe.com

Sindi Mncina
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@rascrane.com

Stephen B. McNally
    on behalf of Debtor Nicole L Lyew-Wooten steve@mcnallylawllc.com
    jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9