Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY  7, 2024

**Chapter 13 Case # 18-33380**

| Re: | NICOLE L LYEW-WOOTEN | Atty: | STEPHEN B. MCNALLY |
|---|---|---|---|
| | 6 HILLSDALE TERRACE | | MCNALLY & BUSCHE, L.L.C. |
| | SUSSEX, NJ  07461 | | 93 MAIN STREET |
| | | | SUITE 201 |
| | | | NEWTON, NJ  07860 |

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $20,580.00**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/02/2019 | $343.00 | 5510080000 | 02/12/2019 | $343.00 | 5617595000 |
| 03/18/2019 | $343.00 | 5708227000 | 04/30/2019 | $343.00 | 5819139000 |
| 05/28/2019 | $343.00 | 5888628000 | 06/12/2019 | $343.00 | 5934991000 |
| 07/09/2019 | $343.00 | 6004102000 | 08/20/2019 | $343.00 | 6109789000 |
| 10/01/2019 | $343.00 | 6219590000 | 11/01/2019 | $343.00 | 6297460000 |
| 12/12/2019 | $343.00 | 6399591000 | 12/13/2019 | $343.00 | 6399592000 |
| 12/16/2019 | $343.00 | 6405524000 | 01/07/2020 | $343.00 | 6464325000 |
| 02/06/2020 | $343.00 | 6543262000 | 03/05/2020 | $343.00 | 6617740000 |
| 04/10/2020 | $343.00 | 6705064000 | 05/19/2020 | $343.00 | 6800030000 |
| 06/15/2020 | $343.00 | 6864677000 | 07/15/2020 | $343.00 | 6941088000 |
| 08/20/2020 | $343.00 | 7024067000 | 09/22/2020 | $343.00 | 7102400000 |
| 10/14/2020 | $343.00 | 7157911000 | 11/18/2020 | $343.00 | 7240297000 |
| 12/14/2020 | $343.00 | 7303299000 | 01/19/2021 | $343.00 | 7386237000 |
| 02/17/2021 | $343.00 | 7459321000 | 03/30/2021 | $343.00 | 7560066000 |
| 04/14/2021 | $343.00 | 7599693000 | 05/24/2021 | $343.00 | 7688603000 |
| 06/18/2021 | $343.00 | 7751846000 | 07/20/2021 | $343.00 | 7822907000 |
| 08/26/2021 | $343.00 | 7903457000 | 09/22/2021 | $343.00 | 7964053000 |
| 10/27/2021 | $343.00 | 8039406000 | 11/24/2021 | $343.00 | 8102156000 |
| 12/29/2021 | $343.00 | 8173284000 | 01/26/2022 | $343.00 | 8232786000 |
| 02/18/2022 | $343.00 | 8284375000 | 03/21/2022 | $343.00 | 8350301000 |
| 04/27/2022 | $343.00 | 8426904000 | 05/31/2022 | $343.00 | 8493868000 |
| 06/23/2022 | $343.00 | 8544330000 | 07/25/2022 | $343.00 | 8606797000 |
| 08/30/2022 | $343.00 | 8676213000 | 10/03/2022 | $343.00 | 8742410000 |
| 10/25/2022 | $343.00 | 8786058000 | 11/21/2022 | $343.00 | 8836442000 |
| 12/20/2022 | $343.00 | 8892335000 | 01/24/2023 | $343.00 | 8956598000 |
| 02/24/2023 | $343.00 | 9015797000 | 03/27/2023 | $343.00 | 9073633000 |
| 04/27/2023 | $343.00 | 9132621000 | 05/31/2023 | $343.00 | 9194106000 |
| 06/26/2023 | $343.00 | 9238466000 | 08/07/2023 | $343.00 | |

**Chapter 13 Case # 18-33380**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/25/2023 | $343.00 | | 09/25/2023 | $343.00 | |
| 10/25/2023 | $343.00 | | 12/21/2023 | $343.00 | |

**Total Receipts: $20,580.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $20,580.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,205.23 | |
| ATTY | ATTORNEY | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | LVNV FUNDING LLC | UNSECURED | 999.48 | * | 11.44 | |
| 0002 | COMET MANAGEMENT LLC | UNSECURED | 237,300.01 | * | 2,988.55 | |
| 0003 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | DISCOVER | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | GEORGE DAGGETT ESQ. | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | HOMEBRIDGE FINANCIAL SERVICES | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0007 | UNITED STATES TREASURY/IRS | UNSECURED | 3,555.00 | * | 44.78 | |
| 0008 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0010 | CAPITAL ONE NA | UNSECURED | 1,784.94 | * | 20.43 | |
| 0011 | MERRICK BANK | UNSECURED | 1,754.76 | * | 20.09 | |
| 0013 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | UNITED STATES TREASURY/IRS | PRIORITY | 7,054.65 | 100.00% | 7,054.65 | |
| 0016 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0017 | UNITED STATES TREASURY/IRS | UNSECURED | 27,350.52 | * | 344.45 | |
| 0018 | LVNV FUNDING LLC | UNSECURED | 1,367.85 | * | 12.49 | |
| 0019 | HYUNDAI CAPITAL AMERICA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0020 | NEWREZ MORTGAGE LLC | MORTGAGE ARRE | 4,429.49 | 100.00% | 4,429.49 | |
| 0021 | LVNV FUNDING LLC | UNSECURED | 591.64 | * | 5.41 | |
| 0022 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0023 | NEWREZ MORTGAGE LLC | (NEW) MTG Agree | 681.00 | 100.00% | 681.00 | |

**Total Paid: $20,568.01**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE NA | | | | | | | |
| | 05/15/2023 | $5.86 | 8003470 | | 08/14/2023 | $8.36 | 8003641 |
| | 11/13/2023 | $6.21 | 8003810 | | | | |
| COMET MANAGEMENT LLC | | | | | | | |
| | 03/13/2023 | $218.20 | 906721 | | 04/17/2023 | $280.00 | 908287 |
| | 05/15/2023 | $280.01 | 909926 | | 06/12/2023 | $280.00 | 911383 |
| | 07/17/2023 | $277.03 | 912901 | | 08/14/2023 | $554.05 | 914416 |
| | 09/18/2023 | $277.06 | 915912 | | 10/16/2023 | $277.03 | 917413 |
| | 11/13/2023 | $272.59 | 918841 | | 01/08/2024 | $272.58 | 921655 |
| LVNV FUNDING LLC | | | | | | | |
| | 06/12/2023 | $6.10 | 911947 | | 07/17/2023 | $5.63 | 913469 |
| | 09/18/2023 | $6.39 | 916481 | | 09/18/2023 | $5.41 | 916481 |
| | 11/13/2023 | $5.81 | 919401 | | | | |
| MERRICK BANK | | | | | | | |
| | 05/15/2023 | $5.75 | 910490 | | 08/14/2023 | $8.23 | 915011 |
| | 11/13/2023 | $6.11 | 919428 | | | | |

Case 18-33380-VFP    Doc 61    Filed 02/07/24    Entered 02/07/24 14:35:50    Desc Main
Document      Page 3 of 3

**Chapter 13 Case # 18-33380**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NEWREZ MORTGAGE LLC | | | | | | |
| | 11/17/2021 | $16.94 | 881291 | 11/17/2021 | $110.19 | 881291 |
| | 12/13/2021 | $282.43 | 882914 | 12/13/2021 | $43.42 | 882914 |
| | 01/10/2022 | $43.42 | 884564 | 01/10/2022 | $282.43 | 884564 |
| | 02/14/2022 | $282.43 | 886279 | 02/14/2022 | $43.42 | 886279 |
| | 03/14/2022 | $43.42 | 887979 | 03/14/2022 | $282.43 | 887979 |
| | 04/18/2022 | $282.43 | 889712 | 04/18/2022 | $43.42 | 889712 |
| | 05/16/2022 | $44.11 | 891393 | 05/16/2022 | $286.89 | 891393 |
| | 06/20/2022 | $286.89 | 893107 | 06/20/2022 | $44.11 | 893107 |
| | 07/18/2022 | $44.11 | 894771 | 07/18/2022 | $286.89 | 894771 |
| | 08/15/2022 | $286.89 | 896358 | 08/15/2022 | $44.11 | 896358 |
| | 09/19/2022 | $44.11 | 897979 | 09/19/2022 | $286.89 | 897979 |
| | 10/17/2022 | $286.89 | 899623 | 10/17/2022 | $44.11 | 899623 |
| | 11/14/2022 | $43.19 | 901188 | 11/14/2022 | $280.95 | 901188 |
| | 12/12/2022 | $280.95 | 902740 | 12/12/2022 | $43.19 | 902740 |
| | 01/09/2023 | $43.19 | 904233 | 01/09/2023 | $280.95 | 904233 |
| | 02/13/2023 | $280.94 | 905782 | 02/13/2023 | $43.20 | 905782 |
| | 03/13/2023 | $9.53 | 907385 | 03/13/2023 | $62.02 | 907385 |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 01/13/2020 | $161.56 | 8001404 | 02/10/2020 | $650.32 | 8001441 |
| | 03/16/2020 | $325.16 | 8001481 | 04/20/2020 | $325.16 | 8001529 |
| | 05/18/2020 | $308.70 | 8001590 | 07/20/2020 | $625.98 | 8001710 |
| | 08/17/2020 | $317.28 | 8001769 | 09/21/2020 | $317.28 | 8001832 |
| | 11/16/2020 | $634.56 | 8001946 | 12/21/2020 | $317.28 | 8002005 |
| | 02/22/2021 | $634.56 | 8002118 | 04/19/2021 | $317.28 | 8002224 |
| | 05/17/2021 | $634.56 | 8002272 | 07/19/2021 | $644.84 | 8002377 |
| | 09/20/2021 | $322.42 | 8002474 | 10/18/2021 | $322.42 | 8002522 |
| | 11/17/2021 | $195.29 | 8002576 | 03/13/2023 | $25.15 | 8003412 |
| | 04/17/2023 | $32.27 | 8003467 | 04/17/2023 | $7.46 | 8003467 |
| | 05/15/2023 | $32.27 | 8003525 | 06/12/2023 | $32.27 | 8003577 |
| | 06/12/2023 | $8.39 | 8003577 | 07/17/2023 | $31.93 | 8003634 |
| | 08/14/2023 | $63.86 | 8003689 | 08/14/2023 | $12.46 | 8003689 |
| | 09/18/2023 | $31.93 | 8003748 | 10/16/2023 | $31.93 | 8003804 |
| | 10/16/2023 | $8.29 | 8003804 | 11/13/2023 | $31.42 | 8003857 |
| | 01/08/2024 | $31.42 | 8003946 | 01/08/2024 | $8.18 | 8003946 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: February 07, 2024.

Receipts: $20,580.00    -    Paid to Claims: $15,612.78    -    Admin Costs Paid: $4,955.23    =    Funds on Hand: $11.99

Base Plan Amount: $20,580.00    -    Receipts: $20,580.00    =    Total Unpaid Balance: **$0.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.

Page 3 of 3