**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nicole L Lyew–Wooten<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0734<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–33380–VFP | | |

## Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Nicole L Lyew–Wooten

4/2/24

**By the court:** <u>Vincent F. Papalia</u>
                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Nicole L Lyew-Wooten  
      Debtor

Case No. 18-33380-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 02, 2024      Form ID: 3180W      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole L Lyew-Wooten, 6 Hillsdale Terrace, Sussex, NJ 07461-4000 |
| 517891603 | + | Comet Management, 1 Snowmass Court, #3, Vernon, NJ 07462-6506 |
| 520190263 | + | Comet Management LLC, c/o Law Offices of Douglas T. Tabachnik, 63 West Main St., Ste C, Freehold, NJ 07728-2141 |
| 517891606 | | George Daggett Esq., 328 S Sparta Avenue, Sparta, NJ 07871 |
| 517891610 | | Kia Motors Finance, PO Box 20825, Dallas, TX 75265 |
| 517891612 | + | Kirk Wooten, 6 Hillside Terrace, Sussex, NJ 07461-4302 |
| 518321147 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 02 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 02 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Apr 03 2024 00:37:00 | AIS Portfolio Services, LP, Attn: Ally Financial Department, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 02 2024 20:47:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |
| 517960575 | | EDI: GMACFS.COM | Apr 03 2024 00:37:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519277872 | + | EDI: AISACG.COM | Apr 03 2024 00:37:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517891602 | + | EDI: CAPITALONE.COM | Apr 03 2024 00:37:00 | Capital One Bank, PO Box 6492, Carol Stream, IL 60197-6492 |
| 517973294 | | Email/PDF: bncnotices@becket-lee.com | Apr 02 2024 21:10:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517891604 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 02 2024 20:59:51 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 517891605 | + | EDI: DISCOVER | Apr 03 2024 00:37:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 517985195 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 02 2024 20:48:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 517891607 | + | Email/Text: compliance@homebridge.com | Apr 02 2024 20:48:00 | Homebridge Financial Services, PO Box 100050, Kennesaw, GA 30156-9202 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517909325 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 02 2024 20:48:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 517891608 | | EDI: IRS.COM | Apr 03 2024 00:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517891613 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 02 2024 20:47:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 518578962 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2024 20:59:53 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517925220 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2024 20:59:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517925185 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 02 2024 20:59:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517891614 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 02 2024 20:59:20 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 517999240 | | Email/Text: mtgbk@shellpointmtg.com | Apr 02 2024 20:47:00 | NewRez Mortgage LLC d/b/a Shellpoint Mortgage Serv, C/O NewRez LLC, PO Box 10826, Greenville SC 29603-0826 |
| 518015519 | + | Email/Text: bncmail@w-legal.com | Apr 02 2024 20:48:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518530753 | + | EDI: PRA.COM | Apr 03 2024 00:37:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518012792 | | Comet Management, LLC |
| 517891615 | | US Department of Education |
| cr | *+ | Ally Capital, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517891609 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517891611 | * | Kia Motors Finance, PO Box 20825, Dallas, TX 75265 |
| 518578963 | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 02, 2024 | Form ID: 3180W | Total Noticed: 29 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas T Tabachnik | on behalf of Creditor Comet Management Company LLC dtabachnik@dttlaw.com, rdalba@dttlaw.com |
| Douglas T Tabachnik | on behalf of Plaintiff Comet Management Company LLC dtabachnik@dttlaw.com, rdalba@dttlaw.com |
| Laura M. Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com |
| Sherri Jennifer Smith | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ssmith@pincuslaw.com amautz@pincuslaw.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |
| Stephen B. McNally | on behalf of Debtor Nicole L Lyew-Wooten steve@mcnallylawllc.com jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11